1  Jon Bjorn of the Norwegian Family Rafto
   c/o Post Office Box 267
2  Palomar Mountain, San Diego County
   California Republic (Federal District 92060)
3  Beneficiary and Owner of Land located at
   5860 Nagel Street
4  La Mesa, San Diego County
   California Republic (Federal District 91942)
5  Telephone (760) 715-1051, Fax (760) 742-2288

FILED

2010 DEC 20  PM 2: 41

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

6              United States District Court
7            Southern District of California
                united States of America Republic

8
9   Jon Bjorn                        )   Case# **10 CV 2620 LAB    NLS**
                                     )
10        Plaintiff & Petitioner     )   Verified Complaint for Forgery,
                                     )   Recorder Fraud, Real Estate Fraud
11    vs.                            )   and
                                     )   Accessory to Forgery, Accessory to
12  Jane/John Doe 1                  )   Recorder Fraud, Accessory to Real
                                     )   Estate Fraud, Misprison of a
13  Lender Processing Services (LPS) )   Felony; Petition for Declaratory
    Luis Henriquez                   )   Judgment, Mandamus, Prohibition
14                                   )   and Arrest Warrant
    Service Link                     )
15
    California Reconveyance Company      Application for TRO pending OSC
16  Deborah P. Brignac                   for Preliminary Injunction
    Dana C. LeMay
17  Silvia Freeburg                      **United States Judicial Officer
    Fred Restrepo                        under oath demanded at all times
18  Carla J. Dodd                        for all hearings**
    C. Lucas
19                                       **Jury Trial Demanded**
20  JPMorgan Chase Bank, NA
    James Dimon
21  Jon Koelling
    Larry Thode
22  Clement J. Durkin
    Ann Thorn
23
24  Wells Fargo Bank, NA
    John G. Stumpf
25
    Naiman Law Group, PC
26  Randall D. Naiman
    Turen Williams
27  David Ebersole
28
    County of San Diego
    William D. Gore
    Bonnie Dumanis

    Page | 1

1  Patricia K. Cookson
   Lantz Lewis
2  Frederick Mandabach
   David L. Butler
3  Greg Cox
   Dianne Jacob
4  Pam Slater-Price
   Ron Roberts
5  Bill Horn

6
   San Diego County Counsel
7
   Irma Gonzalez
8
   Darryl Issa
9  Barbara Boxer
   Diane Feinstein
10
   Gary Sopata
11
   Jane/John Does 1-99
12
13        Defendants and Respondents

14

15                    **Overview**

16       Jon Bjorn, herein after "Mr. Bjorn", brings this action against

17  divers captioned parties to secure a redress of one count of forgery

18  contained in the San Diego County land records of the land lawfully

    owned by Mr. Bjorn located at 5860 Nagel Street, La Mesa, San Diego
19
    County, California Republic (Federal District 91942).  The forgery is of
20
    the "signature" of California Reconveyance Company's Vice President
21
    Deborah Brignac contained on an alleged "Notice of Trustee's Sale",

22  Exhibit A, recorded at the request of California Reconveyance

23  Company/Service Link in the Office of the San Diego County Recorder on

24  April 23, 2010 at 8:00am, Document# 2010-0201815. Mr. Bjorn alleges said

    Notice contains a forgery given the subject land records also contain an
25
    alleged "Assignment of Deed of Trust", Exhibit B, recorded at the
26
    request of Reconveyance Company/Lender Processing Services on March 1,
27
    2010 at 8:00am, Document# 2010-0098506 which was also allegedly executed

28  by one JP Morgan Chase Bank NA Vice President "Deborah Brignac",

    however, the signature thereon has been notarized by California Notary

    Public and California Reconveyance Company employee Fred Restrepo.

Comparing the two "signatures", as California Notary Publics are trained, yields Exhibit C which Mr. Bjorn alleges indicates clearly two different people "signed" these two documents and therefore one must be a forgery.  And, lest one might consider this merely to be a fluke or accident Mr. Bjorn has viewed hundreds of Deborah Brignac "signatures" contained on hundreds of California Reconveyance Company "Notice of Trustee Sale" recorded in San Diego, Ventura, Madera, Santa Clara, Santa Barbara, Los Angeles as well as over ten (10) notarized Deborah Brignac signatures found on divers "Assignment of Deed of Trust" and "Substitution of Trustee" recorded documents recorded even in Maricopa County, Arizona, and it is apparent ALL notarized Deborah Brignac signatures are ALL consistent whilst ALL Deborah Brignac "signatures" found on ALL recorded California Reconveyance Company "Notice of Trustee Sale" are ALL probably forgeries.

Mr. Bjorn alleges the recording of said Exhibit A containing an alleged Deborah Brignac forgery (18 USC 495) - possibly executed by a minimum wage employee of Defendant Service Link or Lender Processing Services - has thus resulted in one count of Recorder Fraud (California Penal Code Section 115) thereby resulting in one count of Real Estate Fraud.  Mr. Bjorn has put ALL of the captioned parties on notice of said forgery contained in Exhibit A and well as the probable forgeries contained in ALL recorded California Reconveyance Company "Notice of Trustee Sale" containing an alleged Deborah Brignac signature and the result is California Reconveyance Company now REFUSES all US Mail - even certified return receipt mail - from Mr. Jon Bjorn and the remainder of the captioned defendants/respondents have done NOTHING (with exceptions detailed below) to stop the recording of said forgeries as the recording of same - ten (10) to twenty (20) a business day in San Diego County alone - continues unabated.

One note of praise: Officer James Huggins of the La Mesa Police Department has take a report # 10-06518 for one count of forgery and one count of recorder fraud and has forwarded same to the Office of the San Diego District Attorney for investigation and prosecution.  David L. Butler has forwarded Mr. Bjorn's allegations to the San Diego District Attorney and same, due to the forgeries probably occurring over multiple California counties, has forwarded same to the California Attorney

Page | 3

General for investigation.  Also, HUD's Norman Jezzeny, 451 7th Street
South West, Washington, D.C. 20410, Ph: (202) 402-5545 has responded to
Mr. Bjorn's prima facie evidence of forgery and has forwarded same to
the Office of the HUD Inspector General as well as forwarding same to
the Office of the FBI for investigation.

## Jurisdiction

This court has jurisdiction though diversity of the parties and the
fact the alleged forgery, allegedly part of a pattern of criminal
activity, crosses state borders.

## Parties

Mr. Bjorn dwells on the subject land located in San Diego County,
California Republic.

Mr. Bjorn is ignorant of the true identity of Jane/John Doe 1,
however, Mr. Bjorn suspects same is an employee of Service Link or
Lender Processing Services and Mr. Bjorn further alleges Jane/John Doe
1's identity may be known by Deborah Brignac and Co.

Defendant Lender Processing Services, Inc. is organized in Florida
and headquartered at 601 Riverside Avenue, Jacksonville, FL 32204,
LPSFSClientServices@lpsvcs.com Fax: 720.566.8328, whilst Defendant Luis
Henriquez dwells at 7806 West Brook Street, Santa Ana, Orange County,
California Republic (Federal District 92704).

Defendant Service Link is organized in Pennsylvania with the
Corporate Office located at 345 Rouser Road, Coraopolis, PA 15108
Ph: (800) 777-8759, sales-support@servicelinkfnf.com

Defendant California Reconveyance Company is and has been at all
time relevant to this complaint a subsidiary of Washington Mutual Bank
FA and JPMorgan Chase Bank NA.  California Reconveyance Company is
organized in Florida and does business in California from 9200 Oakdale
Ave, Ste 100, Chatsworth, CA 91311 with employees Deborah P. Brignac,
Dana C. LeMay, Silvia Freeburg, Fred Restrepo, Carla J. Dodd and C.
Lucas.

Defendant JPMorgan Chase Bank, NA is incorporated in New York with
Corporate Headquarters at 270 Park Avenue, New York, New York 10017, Ph:
212-270-6000, Fax: 212-270-1648 with employees James Dimon, Jon
Koelling, Larry Thode, Clement J. Durkin and Ann Thorn.

Page | 4

Defendant Wells Fargo Bank, NA is incorporated in California and with corporate headquarters located at Post Office Box 63710, San Francisco, CA 94163 and John G. Stumpf is an employee.

Defendant Naiman Law Group, PC is located in La Jolla California and Randall D. Naiman, Turen Williams and David Ebersole are employees.

Defendant/Respondent County of San Diego is organized in Southern California with corporate headquarters at 1600 Pacific Highway, San Diego, California 9210 with William D. Gore, Bonnie Dumanis, Patricia K. Cookson, Lantz Lewis, Frederick Mandabach, David L. Butler, Greg Cox, Dianne Jacob, Pam Slater-Price, Ron Roberts and Bill Horn.

Defendant San Diego County Counsel is part of County of San Diego though Mr. Bjorn is ignorant of Jane/John Doe employees at this time and therefore reserves the right to amend this complaint when such employees are identified.

Defendant Irma Gonzalez is an employee at 880 Front Street, San Diego, California 92101.

Defendants Darryl Issa, Barbara Boxer and Diane Feinstein are California Congressional members with offices in San Diego County and Washington, District of Columbia.

Defendant Gary Sopata is alleged to be a realtor working for Coldwell Banker, JPMorgan Chase, Wells Fargo Bank NA and Defendant Randall D. Naiman. Mr. Sopata is located at 9332 Fuerte Drive, La Mesa, CA 91941.

Jane/John Does 1 - 99 are unknown to Mr. Bjorn at this time.

## Statement of Facts

Mr. Bjorn incorporates by reference all of the above paragraphs set forth above.

Mr. Bjorn has noticed ALL of the above captioned parties of probable forgery found not only in Mr. Bjorn's land records as stated above but also probably in all land records in ALL counties in California which contain a California Reconveyance "Notice of Trustee's Sale" containing a Deborah Brignac "signature". Mr. Bjorn has put together a briefing sheet consisting of four (4) pages, Exhibit D, which indicates eight (8) notarized Deborah Brignac signatures as compared to eight (8) Deborah Brignac "signatures" found on divers California

Reconveyance Company "Notice of Trustee's Sale" recorded in at least five (5) California counties.  Though Mr. Bjorn has endeavored to view hundreds of such notices in San Diego and Ventura County records, the sheer scope of such an investigation is beyond Mr. Bjorn therefore Mr. Bjorn has endeavored to notice ALL of the above captioned defendants in an effort to have California Reconveyance Company and Deborah Brignac at least criminally enjoined.  With the exception of that noted above Mr. Bjorn has met with little success.  Mr. Bjorn suspect the reason most noticed parties have failed to respond is that, according to the County of San Diego Comprehensive Annual Financial Report for a given fiscal year, County of San Diego property taxes have been used to purchase $Billions in Mortgage Backed Securities (MBS) and thus Mr. Bjorn alleges most California elected officials and employees are reluctant to severely curtail the benefit to salaries, retirements and sheer power brought to County of San Diego officers and employees though the largess of years of profit from investment in MBS.  However, sad to say, that same willingness on the part of County of San Diego officials to look the other way for the sake of MBS profit is slowly killing the host vis a vis we home owners.  Based on information and knowledge Mr. Bjorn believes the underlying fraud with respect to just this simple allegation of forgery has caused many elected officials to be fearful investigation and prosecution of the merits of this claim may cause the financial collapse of JPMorgan Chase Bank NA and other insolvent banking institutions.

## First Claim for Relief

All previous paragraphs are hereby incorporated for this first claim for relief.  Mr. Bjorn claims Jane/John Doe 1 has committed one count of forgery in forging Deborah Brignac's signature on Exhibit A and then, allegedly aided and abetted by Deffendant accessories Service Link, Lender Processing Services, California Reconveyance, JP Morgan Chase Bank NA, Wells Fargo Bank NA, and the Naiman Law Groug PC, all defendant employees and Gary Sobata causing same to be recorded in San Diego County resulting in recorder fraud and real estate fraud and thereafter all said Defendant's sustaining the illusion said Exhibit A is some how a valid document for the purpose of foreclosure and removal

of Mr. Bjorn from said land through an action in Unlawful Detainer.  Mr. Bjorn seeks a declaratory judgment from this court declaring said Exhibit A to be void and thereafter provide such compensation for injury and damages to Mr. Bjorn as a deemed appropriate by this court whilst sanctioning as appropriate those who may have aided and abetted Jane/John Doe 1 and sustained the illusion of Exhibit A being a valid document.

## Second Claim for Relief

All previous paragraphs are hereby incorporated for this second claim for relief.  Mr. Bjorn claims the following County of San Diego and Federal Officers have been duly noticed of forgery in Mr. Bjorn's land records as well as MASSIVE forgery activity in possibly ALL "Notice of Trustee's Sale" recorded by California Reconveyance Company containing Deborah Brignac "signatures" in ALL California county land records and yet the following officers have done nothing and therefore are accessories to forgery, accessories to recorder fraud and real estate fraud and, are sadly may be subject to a charge of Misprison of a Felony (Title 18 section 4):

| | |
|---|---|
| William D. Gore | Ron Roberts |
| Patricia K. Cookson | Bill Horn |
| Lantz Lewis | San Diego County Counsel |
| Frederick Mandabach | Irma Gonzalez |
| Greg Cox | Darryl Issa |
| Dianne Jacob | Barbara Boxer |
| Pam Slater-Price | Diane Feinstein |

Mr. Bjorn therefore requests this court sanction all such officers as deemed appropriate by this court.  Mr. Bjorn claims irreparable damage form said officer's actions or inaction and therefore hereby seeks NO monetary compensation for such injury and damages.

## Third Claim for Relief

All previous paragraphs are hereby incorporated for this third claim for relief.  Mr. Bjorn claims Unjust Enrichment on the part of Service Link, Lender Processing Services, California Reconveyance, JP Morgan Chase Bank NA, Wells Fargo Bank NA, and the Naiman Law Groug PC, all defendant employees and Gary Sobata as a continuing result of said

forgery and recorder fraud and request this court sanction those so enriched as appropriate.

## Forth Claim for Relief

All previous paragraphs are hereby incorporated for this forth claim for relief.  Mr. Bjorn claims defendants Service Link, Lender Processing Services, California Reconveyance, JP Morgan Chase Bank NA, Wells Fargo Bank NA, and the Naiman Law Groug PC, all defendant employees and Gary Sobata engaged in  a pattern and practice of defrauding those in foreclosure and have absconded with ill gotten gains in violation of the California Business and Professions Code section 17200 and the Statue of Frauds in recording a forged signature on said Exhibit A and possibly all such "Notice of Trustee's Sale" recorded by California Reconveyance Company in ALL counties in California containing such forged Deborah Brignac "signatures".  Such activity is immoral, unethical, unlawful and criminally actionable.  Mr. Bjorn requests, in addition to voiding said Exhibit A, a Temporary Restraining Order and an injunctive order enjoining and restraining Defendants from engaging in or performing any act to deprive Mr. Bjorn ownership or possession of said land including injunctive relief from a fraudulent Unlawful Detainer action now in progress in the Superior Court at 250 East Main Street in El Cajon, California.

Wherefore Mr. Bjorn request judgment against defendants as herein after set fourth.

## Application for OSC for Declaratory Judgment, Temporary Restraining Order and OSC for Preliminary Injunction

Mr. Bjorn hereby applies for a Declaratory Judgment declaring said Exhibit A to be void and ordering the San Diego County Recorder to remove same from San Diego County land records.  Further, Mr. Bjorn request this court declare ALL such "Notices of Trustee's Sale" recorded by California Reconveyance Company and containing a forged Deborah Brignac "signature" to by declared void as well and ordered removed from the land records of San Diego County as well as ALL other California counties where such have been fraudulently recorded.  Mr. Bjorn hereby also applies for a temporary restraining order restraining Defendants Service Link, Lender Processing Services, California Reconveyance, JP

Page | 8

Morgan Chase Bank NA, Wells Fargo Bank NA, and the Naiman Law Group PC, all defendant employees and Gary Sobata as well as Patricia K. Cookson, Lantz Lewis and Frederick Mandabach from taking any further action in depriving Mr. Bjorn of said land without judicial due process.  Finally Mr. Bjorn hereby applies for a preliminary injunction against said Defendant's actions in depriving Mr. Bjorn of said land without judicial due process.

## Petition for Mandate

All previous paragraphs are hereby incorporated in this petition for relief.  As stated above James Huggins of the La Mesa Police Department has taken a report # 10-06518 for forgery and recorder fraud however, Anthony Samson of the San Diego County District Attorney's Real Estate Fraud Unit has indicated the San Diego District Attorney Bonnie Dumanis will NOT investigate this report.  Therefore Mr. Bjorn hereby petitions this court to issue a Writ of Mandate to Respondent Bonnie Dumanis to investigate said forgery and, if merited file criminal charges as appropriate.

## Petition for Prohibition

All previous paragraphs are hereby incorporated in this petition for relief.  Mr. Bjorn has provided copious prima facie evidence to Respondent David L. Butler to enable same to foreclose California Reconveyance Company's ability to continue to record "Notice of Trustee's Sale" documents containing forged Deborah Brignac "signatures".  Therefore, Mr. Bjorn hereby petitions this court to issue a Writ of Prohibition to the San Diego County Recorder and ALL California Recorders prohibiting same from recording California Reconveyance Company documents which contain obvious forged Deborah Brignac signatures.

**Petition for Federal Bench Warrant for the Arrest of Deborah**

**Brignac for Accessory to Forgery,**

**Willful Recorder Fraud and Real Estate Fraud**

All previous paragraphs are hereby incorporated in this petition for relief.  Mr. Bjorn hereby requests this court issue a federal bench warrant for the arrest of California Reconveyance Company's Deborah Brignac thereafter refer the matter to the FBI for further investigation.

Wherefore Mr. Bjorn request judgment against defendants for general damages as excepted above, for full disgorgement of monies and profits as appropriate, for injunctive relief enjoining Defendants as appropriate and for court cost and fees for bringing this suit and for any other relief this court may deem proper.

Caveat: Mr. Bjorn bases this complaint partially on direct observation and partially on knowledge and information.  Mr. Bjorn does not wish to malign the innocent nor injure those officers or others who may have acted properly unbeknownst to Mr. Bjorn.  Therefore, if Mr. Bjorn has mischaracterized the actions and behavior of any County of San Diego or Federal Officers or others then, upon a showing of such appropriate action - say the referral by Darryl Issa to appropriate law enforcement - Mr. Bjorn stands ready to dismiss any such party with prejudice upon receipt of such information.

I Jon Bjorn of the Norwegian Family Rafto hereby declare under penalty of perjury the foregoing to be true and correct excepting those statements which have been made based on knowledge and information.

Jon Bjorn

RECORDING REQUESTED BY:
L.P.S.

RECORDING REQUESTED BY
CALIFORNIA RECONVEYANCE COMPANY

AND WHEN RECORDED MAIL TO

CALIFORNIA RECONVEYANCE COMPANY
9200 Oakdale Avenue
Mail Stop: CA2-4379
Chatsworth, CA 91311
800-892-6902

**Trustee Sale No.   740365CA**
Loan No.          0692703721
Title Order No.   100131647-CA-MAI

DOC # 2010-0278008

JUN 03, 2010     8:00 AM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
DAVID L. BUTLER, COUNTY RECORDER
FEES:        18.00
                              DA:        1
3730           PAGES:        3

Space above this line for recorder's use only

## NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 05-09-2005. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDINGS AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

On 06-24-2010 at 10:00 AM, CALIFORNIA RECONVEYANCE COMPANY as the duly appointed Trustee under and pursuant to Deed of Trust Recorded 05-12-2005, Book , Page , Instrument 2005-0403332,    of official records in the Office of the Recorder of SAN DIEGO County, California, executed by: MARY E HARSHBERGER, AN UNMARRIED WOMAN, as Trustor, WASHINGTON MUTUAL BANK, FA, as Beneficiary, will sell at public auction sale to the highest bidder for cash, cashier's check drawn by a state or national bank, a cashier's check drawn by a state or federal credit union, or a cashier's check drawn by a state or federal savings and loan association, savings association, or savings bank specified in section 5102 of the Financial Code and authorized to do business in this state. Sale will be held by the duly appointed trustee as shown below, of all right, title, and interest conveyed to and now held by the trustee in the hereinafter described property under and pursuant to the Deed of Trust.   The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, interest thereon, estimated fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale.

Place of Sale: AT THE ENTRANCE TO THE EAST COUNTY REGIONAL CENTER BY STATUE, 250 EAST MAIN STREET, EL CAJON, CA

Legal Description:  LOT 29 OF LAKE MURRAY MANOR UNIT NO. 1, ACCORDING TO MAP THEREOF NO. 2914, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY OCTOBER 9, 1952.

Amount of unpaid balance and other charges: $355,734.76 (estimated)

Street address and other common designation of the real property:   5860 NAGEL STREET
                                                                     LA MESA, CA 91942
                                                                     APN Number:   485-421-05

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. The property heretofore described is being sold "as is".

Exhibit A

In compliance with California Civil Code 2923.5(c) the mortgagee, trustee, beneficiary, or authorized agent declares: that it has contacted the borrower(s) to assess their financial situation and to explore options to avoid foreclosure; or that it has made efforts to contact the borrower(s) to assess their financial situation and to explore options to avoid foreclosure by one of the following methods: by telephone;  by United States mail; either 1st class or certified; by overnight delivery; by personal delivery; by e-mail; by face to face meeting.

DATE: 06-02-2010                              **SEE ATTACHED EXHIBIT**     3731

CALIFORNIA RECONVEYANCE COMPANY, as Trustee
(714) 259-7850 or www.fidelityasap.com
(714) 573-1965 or www.priorityposting.com

DEBORAH BRIGNAC, VICE PRESIDENT
9200 OAKDALE AVE
MAILSTOP N110612
CHATSWORTH, CA 91311

CALIFORNIA RECONVEYANCE COMPANY IS A DEBT
COLLECTOR ATTEMPTING TO COLLECT A DEBT.  ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

3732

Exhibit

## DECLARATION PURSUANT TO CALIFORNIA CIVIL CODE SECTION 2923.54

Pursuant to California Civil Code Section 2923.54, the undersigned loan servicer declares as follows:

1.  It has obtained from the commissioner a final or temporary order of exemption pursuant to Section 2923.54 that is current and valid on the date the notice of sale is filed; and

2.  The timeframe for giving notice of sale specified in subdivision (a) of Section 2923.52 does not apply pursuant to Section 2923.52 or Section 2923.55.

JPMorgan Chase Bank,
National Association

Name:  Ann Thorn
Title:    First Vice President

**RECORDING REQUESTED BY**
**L.P.S.**

DOC # 2010-0098506



RECORDING REQUESTED BY
~~CALIFORNIA RECONVEYANCE COMPANY~~

MAR 01, 2010    8:00 AM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
DAVID L. BUTLER, COUNTY RECORDER
FEES:        15.00
                                DA:        1

AND WHEN RECORDED MAIL TO

CALIFORNIA RECONVEYANCE COMPANY
9200 Oakdale Avenue
Mail Stop: CA2-4379
Chatsworth, CA 91311      **1460**

**PAGES:        2**

Space above this line for recorder's use only

Trustee Sale No. 740365CA    Loan No. 0692703721    Title Order No. 100131647-CA-MAI

## IMPORTANT NOTICE

NOTE: After having been recorded, this Assignment should be kept with the
Note and the Deed of Trust hereby assigned.

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to Wells Fargo Bank, NA as trustee for Freddie Mac Securities REMIC Trust 2005-S001 all beneficial interest under that certain Deed of Trust dated 05-09-2005, executed by MARY E HARSHBERGER, AN UNMARRIED WOMAN, as Trustor; to CALIFORNIA RECONVEYANCE COMPANY as Trustee; and Recorded 05-12-2005, Book , Page , Instrument 2005-0403332 of official records in the Office of the County Recorder of SAN DIEGO County, California. **APN:** 485-421-05 **Situs:** 5860 NAGEL STREET, , LA MESA, CA 91942

TOGETHER with the note or notes therein described and secured thereby, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said Deed of Trust including the right to have reconveyed, in whole or in part, the real property described therein.

DATE: February 26, 2010

JPMorgan Chase Bank, National Association, successor in interest to WASHINGTON MUTUAL BANK, FA

_____
Deborah Brignac, Vice President

Exhibit B

FA_MERGE.DOC                                                1

Trustee Sale No. 740365CA Loan No. 0692703721 Title Order No. 100131647-CA-MAI

STATE OF CALIFORNIA                                                        **1461**
COUNTY OF LOS ANGELES

On February 26, 2010 before me, FRED RESTREPO, "Notary Public", personally appeared Deborah
Brignac, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s)
is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the
same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument
the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Fred Restrepo_          (Seal)

> FRED RESTREPO
> Commission # 1848173
> Notary Public - California
> Los Angeles County
> My Comm. Expires May 8, 2013

2

FA_MERGE.DOC

Deborah Brignac notarized "signature" from Harshberger Assignment of Deed of Trust

Deborah Brigna "signature" inverted from Harshberger Notice of Trustee's Sale

Deborah Brignac "signature" from Harshberger Notice of Trustee's Sale

Deborah Brignac inverted "signature" from Harshberger Assignment of Deed of Trust

Exhibit C

① DATE: February 26, 2010 *(Assign of Deed of Trust – Mary Ellen Harshberger)*

JPMorgan Chase Bank, National Association, successor in interest to WASHINGTON MUTUAL BANK, FA

*(SD Doc # 2010- 0098506)*

*(Notarized by Fred Restrepo)*

Deborah Brignac, Vice President

---

② DATE: 06-02-2010

SEE ATTACHED EXHIBIT **3731**

CALIFORNIA RECONVEYANCE COMPANY, as Trustee *(Notice of Trustee's Sale – Mary Ellen Harshberger)*
(714) 259-7850 or www.fidelityasap.com
(714) 573-1965 or www.priorityposting.com
*(SD Doc # 2010-0278008 June 03, 2010)*

DEBORAH BRIGNAC, VICE PRESIDENT
9200 OAKDALE AVE
MAILSTOP N110612
CHATSWORTH, CA 91311

CALIFORNIA RECONVEYANCE COMPANY IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

---

③ **Deborah Brignac** *(From mailed Notice of Trustee's Sale – Harshberger)*

**CALIFORNIA RECONVEYANCE COMPANY IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

---

④ DATE: 04-08-2010

SEE ATTACHED EXHIBIT *(MIKE MANN)*

CALIFORNIA RECONVEYANCE COMPANY, as Trustee *(Notice of Trustee's sale)*
(714) 259-7850 or www.fidelityasap.com
(714) 573-1965 or www.priorityposting.com
*(Monterey Doc # 2010-019675 4/08/2010)*

DEBORAH BRIGNAC, VICE PRESIDENT
9200 OAKDALE AVE
MAILSTOP N110612
CHATSWORTH, CA 91311

CALIFORNIA RECONVEYANCE COMPANY IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

---

⑤ DATE: 04-23-2010

*(Sean Park)*

CALIFORNIA RECONVEYANCE COMPANY, as Trustee
(714) 259-7850 or www.fidelityasap.com
(714) 573-1965 or www.priorityposting.com
*(SD CO...)* APR 23, 2010

DEBORAH BRIGNAC, VICE PRESIDENT
9200 OAKDALE AVE
MAILSTOP N110612
CHATSWORTH, CA 91311

CALIFORNIA
COLLECTOR
INFORMATIO

**2293**

**Exhibit D**

---

⑥ Date: July 17, 2009 *(Unknown Docu...)*

JPMorgan Chase Bank, National Association, su... MUTUAL BANK, FA

Deborah Brignac, Vice President

*(Carla Dodd of CRC)*

**Exhibit D**

⑦ DATE: January 22, 2010 *(SO Doc# 2010 - 0035862)*
Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2004-5 by JPMorgan Chase Bank, National Association, as attorney-in-fact

*Deborah Brignac, Vice President* *(Notarized by Cindy Waterhouse)*

---

⑧ DATE: September 01, 2009 *(ASSIGN of Deed of Trust - Margaret Carswell)*

JPMorgan Chase Bank, National Association, successor in interest to WASHINGTON MUTUAL BANK, FA *(Santa Barbara Doc# 2009 - 0053988)*

*Deborah Brignac, Vice President* *(Unknow Notary Public)*

---

⑨ DATE: January 05, 2010 *(ASSIGN. of Deed of Trust - Douglas C. Rhoads)*

JPMorgan Chase Bank, National Association, successor in interest to WASHINGTON MUTUAL BANK, FA

*(unknow document #)*
Deborah Brignac, Vice President *(Notarized by Fred Restrepo of CRC)*

---

⑩ DATE: April 09, 2009 *(Assign of Deed of Trust - Robert F. Castellucio)*

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. *(UNKNOWN DOC # IN ARIZ)*

*Deborah Brignac, Vice President* *(Notarized by Isacc Pacheco)*

---

⑪ Date: 09-28-2010

*(unknown document)* *(GUS)*

**CALIFORNIA RECONVEYANCE COMPANY, as Trustee**

*(Notarized by Fred Restrepo of CRC)*

**Deborah Brignac, Vice President**

*Exhibit D*

(12).

*(NOTICE OF TRUSTEE SALE)* *(Rena Farrington)*

*(UnKNOWN county & Doc#)*

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. The property heretofore described is being sold "as is".

*(Medera County Doc# 2010-028705 9/27/2010)*

In compliance with California Civil Code 2923.5(c) the mortgagee, trustee, beneficiary, or authorized agent declares: that it has contacted the borrower(s) to assess their financial situation and to explore options to avoid foreclosure; or that it has made efforts to contact the borrower(s) to assess their financial situation and to explore options to avoid foreclosure by one of the following methods: by telephone; by United States mail; either 1st class or certified; by overnight delivery; by personal delivery; by e-mail; by face to face meeting.

DATE: 09-23-2010

**SEE ATTACHED EXHIBIT**

CALIFORNIA RECONVEYANCE COMPANY, as Trustee
(714) 259-7850 or www.fidelityasap.com
(714) 573-1965 or www.priorityposting.com

DEBORAH BRIGNAC, VICE PRESIDENT
9200 OAKDALE AVE
MAILSTOP N110612
CHATSWORTH, CA 91311

CALIFORNIA RECONVEYANCE COMPANY IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

---

(13)

*(Rena Farrington)*

*(NOTICE OF TRUSTEE SALE)*

*(UNKNOWN COUNTY & DOC#)*

APN Number: 057-24-0-067

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. The property heretofore described is being sold "as is".

*(Madera County Doc# 2009-029639 9/08/2009)*

In compliance with California Civil Code 2923.5(c) the mortgagee, trustee, beneficiary, or authorized agent declares: that it has contacted the borrower(s) to assess their financial situation and to explore options to avoid foreclosure; or that it has made efforts to contact the borrower(s) to assess their financial situation and to explore options to avoid foreclosure by one of the following methods: by telephone; by United States mail; either 1st class or certified; by overnight delivery; by personal delivery; by e-mail; by face to face meeting.

DATE: 09-03-2009

**SEE ATTACHED EXHIBIT**

CALIFORNIA RECONVEYANCE COMPANY, as Trustee
(714) 259-7850 or www.fidelityasap.com
(714) 573-1965 or www.priorityposting.com

DEBORAH BRIGNAC, VICE PRESIDENT
9200 OAKDALE AVE
MAILSTOP N110612
CHATSWORTH, CA 91311

CALIFORNIA RECONVEYANCE COMPANY IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

---

(14)

DATE: 07-03-2009

**SEE ATTACHED EXHIBIT** *(Teri Ha Nguyen)*

*(NOTICE of TRUSTEE's sale)*

CALIFORNIA RECONVEYANCE COMPANY, as Trustee
(714) 259-7850 or www.fidelityasap.com
(714) 573-1965 or www.priorityposting.com

*(Santa Clara Doc# 2009-20343446)*

Deborah Brignac *(ap)*

DEBORAH BRIGNAC, VICE PRESIDENT
9200 OAKDALE AVE
MAILSTOP N110612
CHATSWORTH, CA 91311

Exhibit D

CALIFORNIA RECONVEYANCE COMPANY IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

(15) (Notice of Trustee's Sale) (Carmichael)

(SD County Doc# 2010-0168643)

(Recorded APR 06, 2010) 3930

In compliance with California Civil Code 2923.5(c) the mortgagee, trustee, beneficiary, or authorized agent declares: that it has contacted the borrower(s) to assess their financial situation and to explore options to avoid foreclosure; or that it has made efforts to contact the borrower(s) to assess their financial situation and to explore options to avoid foreclosure by one of the following methods: by telephone; by United States mail; either 1st class or certified; by overnight delivery; by personal delivery; by e-mail; by face to face meeting.

DATE: 04-05-2010                    **SEE ATTACHED EXHIBIT**

CALIFORNIA RECONVEYANCE COMPANY, as Trustee
(714) 259-7850 or www.fidelityasap.com
(714) 573-1965, or www.priorityposting.com

DEBORAH BRIGNAC, VICE PRESIDENT
9200 OAKDALE AVE
MAILSTOP N110812
CHATSWORTH, CA 91311

CALIFORNIA RECONVEYANCE COMPANY IS A DEBT
COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

---

(16) DATE: April 30, 2009   (Assignment of Deed of Trust) (Kroplick)
                            (LOS ANGELES COUNTY)

JPMorgan Chase Bank, National Association, successor in interest to WASHINGTON MUTUAL BANK, FA

05/01/2009

*20090642997*

Deborah Brignac, Vice President   (unknow Notary Public)

---

(17) DATE: 08-03-2009              **SEE ATTACHED EXHIBIT**   (Kroplick)

CALIFORNIA RECONVEYANCE COMPANY, as Trustee   (Notice of Trustee's Sale)
(714) 259-7850 or www.fidelityasap.com
(714) 573-1965, or www.priorityposting.com   (Los Angeles County - unknown Doc#)

DEBORAH BRIGNAC, VICE PRESIDENT
9200 OAKDALE AVE
MAILSTOP N110812
CHATSWORTH, CA 91311

CALIFORNIA RECONVEYANCE COMPANY IS A DEBT
COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

---

Exhibit D

**JS 44** (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Jon Birru

**DEFENDANTS**

FILED
2010 DEC 20 PM 3:40
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Jon Jane Doe 1
Lender Processing Services (LPS)
UNKNWN

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant UNKNWN
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.
BY _____ yes

**10 CV 2620 LAB   NLS**

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
N/A

Attorneys (If Known)
UNKNWN

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☒ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Statute of Frauds - Forgery & Recorder Fraud

Brief description of cause:
Forgery in Real Property Records

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** Irrevocable Harm

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): **JUDGE** _____ **DOCKET NUMBER** _____

**DATE** Dec 20, 2010

**SIGNATURE OF ATTORNEY OF RECORD** _____

## FOR OFFICE USE ONLY

RECEIPT # 213166   AMOUNT $350.00   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

12-20-10

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS021366
Cashier ID: nsiefken
Transaction Date: 12/20/2010
Payer Name: MARY HARSHBERGER
-----------------------------------
CIVIL FILING FEE
 For: JOHN BJORA VS JOHN DOE AL ET
 Case/Party: D-CAS-3-10-CV-002620-001
 Amount:        $350.00
-----------------------------------
CREDIT CARD
 Amt Tendered:  $350.00
-----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.
```