1  Jon Bjorn of the Honorable English Family Purcell
   and the Honorable Norwegian Family Rafto
2  c/o Post Office Box 267
   Palomar Mountain, San Diego County
3  California Republic (Federal District 92060)
   Beneficiary and Owner of Land located at
4  5860 Nagel Street
   La Mesa, San Diego County
5  California Republic (Federal District 91942)
   Telephone (760) 715-1051, Fax (760) 742-2288

FILED

10 DEC 27 PM 2: 56

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                        DEPUTY

6              United States District Court
7              Southern District of California
               united States of America Republic

8  Jon Bjorn                          )  Case# 10CV2620-LAB-NLS (12/20/10)
9                                      )  FIRST AMENDED
       Plaintiff & Petitioner         )  Verified Complaint for Forgery,
10                                     )  Recorder Fraud, Real Estate Fraud
    vs.                               )  and
11                                     )  Accessory to Forgery, Accessory to
   Jane/John Doe 1                    )  Recorder Fraud, Accessory to Real
12                                     )  Estate Fraud, Misprison of a
   Lender Processing Services (LPS)   )  Felony; Petition for Declaratory
13  Luis Henriquez                     )  Judgment, Mandamus, Prohibition
                                       )  and Arrest Warrant
14  Service Link                       )

15                                        Application for TRO pending OSC
   California Reconveyance Company        for Preliminary Injunction
16  Deborah P. Brignac
   Dana C. LeMay                          United States Judicial Officer
17  Silvia Freeburg                       under oath demanded at all times
   Fred Restrepo                          for all hearings
18  Carla J. Dodd
   C. Lucas                               Jury Trial Demanded
19
   JPMorgan Chase Bank, NA
20  James Dimon
   Jon Koelling
21  Larry Thode
   Clement J. Durkin
22  Ann Thorn
23
   Wells Fargo Bank, NA as Trustee
24  for Freddie Mac Securities REMIC
   Trust 2005-S001
25  John G. Stumpf
26
   Naiman Law Group, PC
27  Randall D. Naiman
   Turen Williams
28  David Ebersole

   Priority Posting & Publishing Inc.

   Page | 1

1 | County of San Diego
William D. Gore
2 | Bonnie Dumanis
David L. Butler
3 | Greg Cox
Dianne Jacob
4 | Pam Slater-Price
Ron Roberts
5 | Bill Horn

6 | County of San Diego Superior Court
7 | Patricia K. Cookson
Lantz Lewis
8 | Frederick Mandabach

9 | San Diego County Counsel

10 | Irma Gonzalez

11 | Darryl Issa
Barbara Boxer
12 | Diane Feinstein

13 | Gary Sopata

14 | Jane/John Does 2-99

15 |     Defendants and Respondents

16 |

17 | _____

## History

Jon Bjorn of the Honorable British Family Purcell and the Honorable Norwegian Family Rafto, herein after "Mr. Bjorn", is at ALL times the *Beneficiary* of all the laws ever created by Western Europeans since "America" was first "discovered" though to present.  Thus, pursuant to certain organizing law such as the Declaration of Independence, United States Constitution, divers State Constitutions etc., the SOLE purpose of the establishment of government in America has been *to protect and maintain individual rights*.  Sadly, with the merger of corporate and government interests in America – some have referred to this as "corporatism" or worse – corporate interests since 1872 (District of Columbia was municipalized on this date according to the <u>Congressional Record</u>, California was municipalized in 1879, United States Federal Corporation taken into bankruptcy in 1933, and all 134,000+ American municipal corporations go from a "pay as you go" to a "business" model

in 1948) are taking over all aspects of "government" in America and apparently the baby – individual rights – may have been thrown out with the bath water.  The most recent and pernicious manifestation of this is the MASSIVE transfer of wealth being undertaken by the International Banker's Cartel (JPMorgan Chase, Wells Fargo Bank, Bank of America, etc) manifest in the current financial collapse of the United States.  This is a big topic fraught with fraud and most of it well outside the scope of this brutally simple captioned complaint.  However, make no mistake, the International Banker's Cartel is fracking, in addition to the victimized home owners, the investors, state legislators, Members of Congress (loss of credibility), Members of the Executive (loss of credibility), *Members of the Judiciary* (loss of credibility), and virtually everyone (who has not seen the price of their homes in America decline?) dwelling in America.  America is heading for the proverbial financial cliff and abyss of insolvency unless government absolutely sees to it that individually rights are protected and maintained.

In any event Mr. Bjorn maintains at all times during this captioned controversy the status and capacity of Beneficiary unless noticed otherwise in writing.

## Overview

Mr. Bjorn brings this action against divers captioned parties to secure a redress of one count of common law forgery contained in the San Diego County land records of the land lawfully owned by Mr. Bjorn located at the corporate designation "5860 Nagel Street, La Mesa", San Diego County, California Republic (Federal District 91942).  The alleged common law forgery is of the "signature" of California Reconveyance Company's Vice President Deborah Brignac contained on an alleged "Notice of Trustee's Sale", <u>Exhibit A</u> (Notice: the court file copy of the 12/20/10 Complaint contains a *certified copy* of this document), recorded at the request of California Reconveyance Company/Service Link in the Office of the San Diego County Recorder on April 23, 2010 at 8:00am, Document# 2010-0201815. Mr. Bjorn alleges said alleged Notice contains a forgery given the subject land records also contain an alleged "Assignment of Deed of Trust", <u>Exhibit B</u> (Notice: the court file copy of the 12/20/10 Complaint contains a *certified copy* of this document), recorded at the request of Reconveyance Company/Lender Processing

Page | 3

Services on March 1, 2010 at 8:00am, Document# 2010-0098506 which was also allegedly executed by one JP Morgan Chase Bank NA Vice President "Deborah Brignac", however, the signature thereon has been notarized by California Notary Public and California Reconveyance Company employee Fred Restrepo.  Comparing the two "signatures", as California Notary Publics are trained, yields Exhibit C which Mr. Bjorn alleges indicates clearly two different people "signed" these two documents and therefore one must be a common law forgery.  And, should one consider this merely to be a fluke or accident Mr. Bjorn has viewed hundreds of Deborah Brignac "signatures" contained on hundreds of California Reconveyance Company "Notice of Trustee Sale" recorded in San Diego, Ventura, Madera, Santa Clara, Santa Barbara, Los Angeles as well as at least ten (10) notarized Deborah Brignac signatures found on divers "Assignment of Deed of Trust" and "Substitution of Trustee" documents recorded even in Maricopa County, Arizona, and it is apparent ALL notarized Deborah Brignac signatures are ALL consistent and allegedly executed by the same individual whilst ALL Deborah Brignac "signatures" found on ALL recorded California Reconveyance Company "Notice of Trustee Sale" are ALL alleged by Mr. Bjorn to be common law forgeries and what Mr. Bjorn further terms "roboforgeries".

Mr. Bjorn alleges the recording of said Exhibit A containing an alleged Deborah Brignac common law forgery (Title 18 USC section 495) - allegedly executed by a minimum wage employee of Defendant Service Link or Lender Processing Services - has thereafter upon recording in the Office of the San Diego County Recorder resulted in one alleged count of Recorder Fraud (California Penal Code Section 115) thereby resulting in one count of alleged Real Estate Fraud.  Mr. Bjorn has put ALL of the captioned parties on notice of said common law forgery contained in Exhibit A as well as the alleged forgeries contained in ALL recorded California Reconveyance Company "Notice of Trustee Sale" allegedly recorded in ALL California counties containing an alleged Deborah Brignac "signature" and the result is California Reconveyance Company now REFUSES all US Mail - even certified return receipt mail - from Mr. Jon Bjorn and the remainder of the captioned defendants/respondents have done NOTHING (with exceptions detailed below) to stop the recording of

said common law forgeries as the recording of same – ten (10) to twenty (20) a business day in San Diego County alone – continues unabated.

## Notes of Praise

Officer James Huggins of the La Mesa Police Department has taken report # 10-06518 for one count of alleged common law forgery and one count of alleged recorder fraud resulting in alleged real estate fraud and has forwarded same to the Office of the San Diego District Attorney for investigation and prosecution.  David L. Butler has forwarded Mr. Bjorn's allegations to the San Diego District Attorney and same, due to the common law forgeries allegedly occurring in multiple California counties, has forwarded same to the California Attorney General for investigation.  Also, HUD's Norman Jezzeny, 451 7th Street South West, Washington, D.C. 20410, Ph: (202) 402-5545 has responded to Mr. Bjorn's prima facie evidence of forgery and has forwarded same to the Office of the HUD Inspector General as well as forwarding same to the Office of the FBI for investigation.  Finally, Mr. Bjorn met last week with two San Diego FBI agents at the Aero Dive Facility who took a report for alleged common law forgery and recorder fraud.  Mr. Bjorn alleges said forgeries may go beyond California's physical borders thus a report to the FBI is alleged to be appropriate.

## Jurisdiction

Firstly this court has jurisdiction through diversity of the parties and the fact the alleged common law forgery, allegedly part of a pattern of criminal activity, crosses state borders.  Second the United States Federal Corporation is defined pursuant to Title 28 USC section 3002 paragraph 15(a) and all United States Instrumentalities such as the municipal County of San Diego, municipal State of California etc., are subject thereby pursuant to said Title at paragraph 15(b) and (c). Unfortunately it would be unconscionable for ANYONE to file this complaint in ANY California "court" given the MASSIVE conflict of financial interest more fully described below though forgery and recorder fraud are common law and statutory crimes as well as being actionable under California civil tort law Mr. Bjorn has received and expects no relief in such a financially bias and prejudiced forum and therefore Mr. Bjorn claims Supplemental Jurisdiction under Title 28

1 section 1367(c)4 "in exceptional circumstances, there are other
2 compelling reasons for declining jurisdiction". Third this court has
jurisdiction under Title 42 USC Section 1983 as a Civil Action for
3 Depravation of Mr. Bjorn's Rights. Fourth this court has jurisdiction
4 under Title 18 USC 1983 for wire fraud as Mr. Bjorn alleges California
5 Reconveyance Company documents were sent to the Office of the San Diego
6 County Recorder by electronic means. Lastly Mr. Bjorn claims this court
has jurisdiction under Title 15 1635 in the right of rescission as to
7 certain transactions.

8 ## Parties

9 Plaintiff/Petitioner Mr. Bjorn dwells on the subject land located
10 in San Diego County, California Republic.

Defendant Jane/John Doe 1; Mr. Bjorn is ignorant of the true
11 identity of this Defendant, however, Mr. Bjorn suspects same is an
12 employee of Service Link or Lender Processing Services and Mr. Bjorn
13 further alleges Jane/John Doe 1's identity may be known by Deborah
14 Brignac and several others.

15 Defendant Lender Processing Services, Inc. is organized in Florida
and headquartered at 601 Riverside Avenue, Jacksonville, FL 32204,
16 LPSFSClientServices@lpsvcs.com Fax: (720)566-8328, whilst Defendant Luis
17 Henriquez dwells at 7806 West Brook Street, Santa Ana, Orange County,
18 California Republic (Federal District 92704).

19 Defendant Service Link is organized in Pennsylvania with the
Corporate Office located at 345 Rouser Road, Coraopolis, PA 15108
20 Ph: (800) 777-8759, sales-support@servicelinkfnf.com
21 Defendant California Reconveyance Company is and has been at all
22 times relevant to this complaint a subsidiary of Washington Mutual Bank
23 FA and JPMorgan Chase Bank NA. California Reconveyance Company is
organized in Florida and does business in California from 9200 Oakdale
24 Ave, Ste 100, Chatsworth, CA 91311 with employees Deborah P. Brignac,
25 Dana C. LeMay, Silvia Freeburg, Carla J. Dodd and in-house California
26 Notaries Public Fred Restrepo, and C. Lucas.

27 Defendant JPMorgan Chase Bank, NA is incorporated in New York with
28 Corporate Headquarters at 270 Park Avenue, New York, New York 10017, Ph:
212-270-6000, Fax: 212-270-1648 with employees James Dimon, Jon
Koelling, Larry Thode, Clement J. Durkin and Ann Thorn.

Page|6

Defendant Wells Fargo Bank, NA as Trustee of Freddie Mac Securities REMIC Trust 2005-S001 is incorporated in California with corporate headquarters located at Post Office Box 63710, San Francisco, CA 94163 with John G. Stumpf is an employee.

Defendant Naiman Law Group, PC is located at 4660 La Jolla Village Drive, San Diego, California 92122-4601, Ph: (858) 535-4808 Fax (858) 535-4809 with employees Randall D. Naiman, Turen Williams and David Ebersole.

Defendant Priority Posting and Publishing, Inc., is located at 17501 Irvine Blvd. Suite #1, Tustin California 92780, Ph: 800.570.3500 Fax: 800.570.3515, http://www.priorityposting.com

Defendant County of San Diego is organized in Southern California with corporate headquarters at 1600 Pacific Highway, San Diego, California 92101 with employees William D. Gore, Greg Cox, Dianne Jacob, Pam Slater-Price, Ron Roberts and Bill Horn and with Respondents Bonnie Dumanis and David L. Butler.

Defendant County of San Diego Superior Court is organized in Southern California with corporate headquarters at 220 West Broadway, San Diego, California 92101 with State of California Executive Officers employees Patricia K. Cookson, Lantz Lewis, and Frederick Mandabach.

Defendant San Diego County Counsel is part of County of San Diego and located also at 1600 Pacific Highway though Mr. Bjorn is ignorant of Jane/John Doe employees at this time and therefore reserves the right to amend this complaint when such employees are identified.

Defendant Irma Gonzalez is an employee of the United States Federal Corporation which does business in California at 880 Front Street, San Diego, California 92101.

Defendants Darryl Issa, Barbara Boxer and Diane Feinstein are California's United States Federal Corporation Congressional Members with various offices in San Diego County and Washington, District of Columbia.

Defendant Gary Sopata is alleged to be a California licensed realtor working for Coldwell Banker, JPMorgan Chase, Wells Fargo Bank NA and Defendant Randall D. Naiman.  Mr. Sopata is located at 9332 Fuerte Drive, La Mesa, CA 91941.

Jane/John Does 2 - 99 are unknown to Mr. Bjorn at this time.

## Statement of Facts

Mr. Bjorn incorporates by reference all of the above paragraphs set forth above.

Mr. Bjorn has noticed ALL of the above captioned parties of alleged common law forgery found not only in Mr. Bjorn's land records as stated above but also allegedly in all land records in ALL counties in California which contain a California Reconveyance "Notice of Trustee's Sale" containing an alleged Deborah Brignac "signature". Mr. Bjorn has put together a briefing sheet consisting of four (4) pages, Exhibit D, which indicates eight (8) notarized Deborah Brignac signatures as compared to eight (8) Deborah Brignac "signatures" found on divers California Reconveyance Company "Notice of Trustee's Sale" recorded in at least five (5) California counties. Though Mr. Bjorn has endeavored to view hundreds of such alleged California Reconveyance Company notices in San Diego and Ventura County records, the sheer scope of such an investigation is beyond Mr. Bjorn therefore Mr. Bjorn has endeavored to notice ALL of the above captioned defendants/respondents in a good faith effort to have California Reconveyance Company and Deborah Brignac at least criminally enjoined to protect the individual rights of all affected by such alleged common law forgery and alleged recorder fraud. With the exception of that noted above Mr. Bjorn has met with little success. Mr. Bjorn suspects the reason most noticed parties have failed to respond is that, according to the County of San Diego Comprehensive Annual Financial Report for a given fiscal year, County of San Diego property taxes have been used to purchase $Billions ($1,000,000,000.00's) in Mortgage Backed Securities (MBS) and thus Mr. Bjorn alleges most California elected officials and employees are reluctant to severely curtail their benefit in salaries, retirements and sheer power brought to County of San Diego officers and employees though the largess of years of profit from investment in MBS. However, sad to say, that same willingness on the part of County of San Diego officials to look the other way for the sake of MBS profit is slowly killing the host like a tick carrying Lymes Disease vis a vis the home owners as well as the investors, and all the others mentioned above INCLUDING *members of the State and Federal Judiciary.* Based on information and knowledge Mr. Bjorn believes the underlying fraud with respect to just this simple

Page | 8

allegation of common law forgery and recorder fraud has caused many elected officials to be fearful investigation and prosecution of the merits of this claim may cause the financial collapse of JPMorgan Chase Bank NA and other such TOTALLY insolvent banking institutions from whom said officials enjoy MASSIVE financial benefit.  Therefore Mr. Bjorn and Equity Owner Mary Ellen Harshberger caused the recording of a Rescission of the Trustee's Deed Upon Sale based on California Civil Code section 1695.13 "Unconscionable act" and 1695.14, Exhibit E.

## First Claim for Relief

All previous paragraphs are hereby incorporated for this first claim for relief.  Mr. Bjorn claims Jane/John Doe 1 has committed one count of common law forgery in allegedly forging Deborah Brignac's "signature" on Exhibit A thereafter causing same to be recorded in San Diego County resulting in one count of alleged recorder fraud and real estate fraud. Mr. Bjorn further alleges said Doe 1 was then aided and abetted by Defendant accessories Service Link, Lender Processing Services, California Reconveyance Company, JP Morgan Chase Bank NA, Wells Fargo Bank NA, Priority Posting and Publishing Inc., the Naiman Law Groug PC, all Defendant employees, State of California Executive Officers Cookson, Lewis and Mandabach and Gary Sobata in sustaining the illusion said Exhibit A is some how a valid document for the purpose of foreclosure and removal of Mr. Bjorn from said land through an action in Unlawful Detainer.  Mr. Bjorn seeks a declaratory judgment from this court declaring said Exhibit A to be void from the beginning and thereafter providing such compensation for injury and damages to Mr. Bjorn as a deemed appropriate by this court though not less than $1,000.00 from each Defendant whilst sanctioning as appropriate those who may have aided and abetted Jane/John Doe 1 and sustained the illusion Exhibit A is allegedly a valid document.

## Second Claim for Relief

All previous paragraphs are hereby incorporated for this second claim for relief.   Mr. Bjorn claims the following County of San Diego and Federal Officers and court officers have been duly noticed of common law forgery in Mr. Bjorn's land records as well as MASSIVE alleged common law forgery allegedly found on ALL "Notice of Trustee's Sale"

recorded by California Reconveyance Company containing alleged Deborah Brignac "signatures" in ALL California county land records and yet the following officers have done nothing – or worse given Court Officers Naiman, Williams, Ebersole, Cookson, Lewis and Mandabach fraudulently maintained an alleged complaint for Unlawful Detainer in the County of San Diego Limited Jurisdiction Superior Court resulting in an alleged fraudulent Writ of Possession to William D. Gore to evict Mr. Bjorn from said land – and therefore Mr. Bjorn alleges same are accessories to common law forgery, and alleged accessories to recorder fraud and real estate fraud and, sadly may be subject to the alleged charge of Misprison of a Felony (Title 18 section 4):

| | |
|---|---|
| William D. Gore | Ron Roberts |
| Patricia K. Cookson | Bill Horn |
| Lantz Lewis | San Diego County Counsel |
| Randall D. Naiman | Turen Williams |
| Frederick Mandabach | Irma Gonzalez |
| Greg Cox | Darryl Issa |
| Dianne Jacob | Barbara Boxer |
| Pam Slater-Price | Diane Feinstein |
| David Ebersole | |

Mr. Bjorn therefore requests this court sanction all such officers as deemed appropriate by this court. Mr. Bjorn claims irreparable damage by said officer's actions or inaction in the alleged FAILURE to protect individual rights and therefore Mr. Bjorn hereby seeks NO monetary compensation for such injury and damages under this paragraph.

## Third Claim for Relief

All previous paragraphs are hereby incorporated for this third claim for relief. Mr. Bjorn claims Unjust Enrichment on the part of Service Link, Lender Processing Services, California Reconveyance, JP Morgan Chase Bank NA, Wells Fargo Bank NA, Priority Posting and Publishing, Inc., the Naiman Law Groug PC, all defendant employees and Gary Sobata and ALL County of San Diego Officers and Superior Court/State of California employees as a continuing result of said alleged common law forgery resulting in alleged recorder fraud and real estate fraud and therefore Mr. Bjorn request this court sanction those so enriched as appropriate.

Page | 10

## Forth Claim for Relief

All previous paragraphs are hereby incorporated under this forth claim for relief.  Mr. Bjorn claims defendants Service Link, Lender Processing Services, California Reconveyance, JP Morgan Chase Bank NA, Wells Fargo Bank NA, Priority Posting and Publishing, Inc., the Naiman Law Group PC, all defendant employees and Gary Sobata engaged in a pattern and practice of defrauding those in foreclosure and have absconded with ill gotten gains in violation of the California Business and Professions Code section 17200 and the Statue of Frauds in aiding and abetting the recording of an alleged common law forged "signature" on said Exhibit A and possibly all such "Notice of Trustee's Sale" recorded by California Reconveyance Company in ALL counties in California containing such forged Deborah Brignac "signatures".  Such activity is immoral, unethical, unlawful and criminally actionable.  Mr. Bjorn requests, in addition to a Declaratory Judgment voiding from the beginning said Exhibit A, a Temporary Restraining Order and an Order to Show Cause for a preliminary injunctive order enjoining and restraining Defendants from engaging in or performing any act to deprive Mr. Bjorn ownership or possession of said land including injunctive relief from a fraudulent Unlawful Detainer action now in progress in the Superior Court at 250 East Main Street in El Cajon, California.

Wherefore Mr. Bjorn request judgment against defendants as herein after set fourth above and below.

## Application for OSC for Declaratory Judgment, Temporary Restraining Order and OSC for Preliminary Injunction

Mr. Bjorn hereby applies for a Order to Show Cause for Declaratory Judgment declaring said Exhibit A to be void from the beginning and ordering San Diego County Recorder to remove same from San Diego County land records.  Further, Mr. Bjorn requests this court declare ALL such "Notices of Trustee's Sale" recorded by California Reconveyance Company and containing an alleged forged Deborah Brignac "signature" to be declared void from the beginning as well and ordered removed from the land records of San Diego County as well as ALL other California counties where such have been fraudulently recorded.  Mr. Bjorn hereby also applies for a Temporary Restraining Order restraining Defendants

Service Link, Lender Processing Services, California Reconveyance Company, JP Morgan Chase Bank NA, Wells Fargo Bank NA, Priority Posting and Publishing, Inc., the Naiman Law Groug PC, all defendant employees and Gary Sobata as well as Patricia K. Cookson, Lantz Lewis and Frederick Mandabach from taking any further action in depriving Mr. Bjorn of said land without judicial due process.   Finally Mr. Bjorn hereby applies for an Order to Show Cause for a Preliminary Injunction against said Defendant's actions in depriving Mr. Bjorn of said land without judicial due process.

## Petition for Mandate

All previous paragraphs are hereby incorporated in this petition for relief.  As stated above James Huggins of the La Mesa Police Department has taken a report # 10-06518 for forgery and recorder fraud, however, Anthony Samson of the San Diego County District Attorney's Real Estate Fraud Unit has indicated the San Diego District Attorney Bonnie Dumanis will NOT investigate this report a violation of Mr. Bjorn's rights.   Therefore Mr. Bjorn hereby petitions this court to issue a Writ of Mandate to Respondent Bonnie Dumanis to investigate said forgery and, if merited file criminal charges against those responsible as appropriate.

## Petition for Prohibition

All previous paragraphs are hereby incorporated in this petition for relief.  Mr. Bjorn has provided copious prima facie evidence to Respondent David L. Butler to enable same to foreclose California Reconveyance Company's ability to continue to record "Notice of Trustee's Sale" documents containing forged Deborah Brignac "signatures".   Therefore, Mr. Bjorn hereby petitions this court to issue a Writ of Prohibition to the San Diego County Recorder – and ALL California Recorders – prohibiting same from recording California Reconveyance Company documents which contain obvious forged Deborah Brignac signatures.

### Petition for Federal Bench Warrant for the Arrest of Deborah Brignac for Accessory to Common Law Forgery, Willful Recorder Fraud and Willful Real Estate Fraud

All previous paragraphs are hereby incorporated in this petition for relief.  Mr. Bjorn hereby requests this court issue a federal bench warrant for the arrest of California Reconveyance Company's Deborah Brignac refer same to the FBI and United States Attorney Ninth District for further investigation.

Wherefore Mr. Bjorn request judgment against all Defendants for general damages as excepted above, for full disgorgement of monies and profits as appropriate, for injunctive relief enjoining Defendants as appropriate and for court cost and fees for bringing this suit and for any other relief this court may deem proper.

### Caveat

Mr. Bjorn bases this complaint partially on direct observation and partially on knowledge and information.  Mr. Bjorn does not wish to malign the innocent nor injure those honorable officers or others who may have acted properly unbeknownst to Mr. Bjorn.  Therefore, if Mr. Bjorn has mischaracterized the actions and behavior of any County of San Diego or Federal Officers or others then, upon a showing of such appropriate action (say the referral by Darryl Issa to appropriate law enforcement or if Irma Gonzalez referred this matter to the FBI and United States Attorney upon receiving Mr. Bjorn's letter by Federal Express) Mr. Bjorn stands ready to expeditiously dismiss any such party with prejudice upon receipt of such information.

### Verification

I Jon Bjorn of the Honorable English Family Purcell and the Honorable Norwegian Family Rafto hereby declare under penalty of perjury the foregoing to be true and correct excepting those statements which have been made based on knowledge and information.

Dec 27 10

Jon Bjorn

P.S. M Bjorn "prays" for an angel in the Federal court.

Page | 13

RECORDING REQUESTED BY
L.P.S.

RECORDING REQUESTED BY
CALIFORNIA RECONVEYANCE COMPANY

AND WHEN RECORDED MAIL TO

CALIFORNIA RECONVEYANCE COMPANY
9200 Oakdale Avenue
Mail Stop: CA2-4379
Chatsworth, CA 91311
800-892-6902

**Trustee Sale No.** **740365CA**
Loan No.          0692703721
Title Order No.   100131647-CA-MAI

**DOC #   2010-0278008**

JUN 03, 2010      8:00 AM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
DAVID L. BUTLER, COUNTY RECORDER
FEES:          18.00
DA:          1

3730          **PAGES:**          3

Space above this line for recorder's use only

## NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 05-09-2005. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDINGS AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

On 06-24-2010 at 10:00 AM, CALIFORNIA RECONVEYANCE COMPANY as the duly appointed Trustee under and pursuant to Deed of Trust Recorded 05-12-2005, Book , Page , Instrument 2005-0403332,          of official records in the Office of the Recorder of SAN DIEGO County, California, executed by: MARY E HARSHBERGER, AN UNMARRIED WOMAN, as Trustor, WASHINGTON MUTUAL BANK, FA, as Beneficiary, will sell at public auction sale to the highest bidder for cash, cashier's check drawn by a state or national bank, a cashier's check drawn by a state or federal credit union, or a cashier's check drawn by a state or federal savings and loan association, savings association, or savings bank specified in section 5102 of the Financial Code and authorized to do business in this state. Sale will be held by the duly appointed trustee as shown below, of all right, title, and interest conveyed to and now held by the trustee in the hereinafter described property under and pursuant to the Deed of Trust.   The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, interest thereon, estimated fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale.

Place of Sale: AT THE ENTRANCE TO THE EAST COUNTY REGIONAL CENTER BY STATUE, 250 EAST MAIN STREET, EL CAJON, CA

Legal Description:  LOT 29 OF LAKE MURRAY MANOR UNIT NO. 1, ACCORDING TO MAP THEREOF NO. 2914, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY OCTOBER 9, 1952.

Amount of unpaid balance and other charges: $355,734.76 (estimated)

Street address and other common designation of the real property:   5860 NAGEL STREET
LA MESA, CA 91942
APN Number:   485-421-05

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. The property heretofore described is being sold "as is".

Exhibit A

In compliance with California Civil Code 2923.5(c) the mortgagee, trustee, beneficiary, or authorized agent declares: that it has contacted the borrower(s) to assess their financial situation and to explore options to avoid foreclosure; or that it has made efforts to contact the borrower(s) to assess their financial situation and to explore options to avoid foreclosure by one of the following methods: by telephone;  by United States mail; either 1st class or certified; by overnight delivery; by personal delivery; by e-mail; by face to face meeting.

DATE: 06-02-2010                                **SEE ATTACHED EXHIBIT**        3731

CALIFORNIA RECONVEYANCE COMPANY, as Trustee
(714) 259-7850 or www.fidelityasap.com
(714) 573-1965 or www.priorityposting.com

*Deborah Brignac*
DEBORAH BRIGNAC, VICE PRESIDENT
9200 OAKDALE AVE
MAILSTOP N110612
CHATSWORTH, CA 91311

CALIFORNIA RECONVEYANCE COMPANY IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Exhibit A

3732

Exhibit

## DECLARATION PURSUANT TO CALIFORNIA CIVIL CODE SECTION 2923.54

Pursuant to California Civil Code Section 2923.54, the undersigned loan servicer declares as follows:

1.  It has obtained from the commissioner a final or temporary order of exemption pursuant to Section 2923.54 that is current and valid on the date the notice of sale is filed; and

2.  The timeframe for giving notice of sale specified in subdivision (a) of Section 2923.52 does not apply pursuant to Section 2923.52 or Section 2923.55.

JPMorgan Chase Bank,
National Association

Name:  Ann Thorn
Title:   First Vice President

Exhibit A



RECORDING REQUESTED BY
L.P.S.

DOC # 2010-0098506

RECORDING REQUESTED BY
~~CALIFORNIA RECONVEYANCE COMPANY~~

AND WHEN RECORDED MAIL TO
CALIFORNIA RECONVEYANCE COMPANY
9200 Oakdale Avenue
Mail Stop: CA2-4379
Chatsworth, CA 91311

1460

MAR 01, 2010    8:00 AM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
DAVID L. BUTLER, COUNTY RECORDER
FEES:          15.00
                                 DA:       1
**PAGES:**        **2**

Space above this line for recorder's use only

Trustee Sale No. 740365CA    Loan No. 0692703721    Title Order No. 100131647-CA-MAI

## IMPORTANT NOTICE

NOTE: After having been recorded, this Assignment should be kept with the
Note and the Deed of Trust hereby assigned.

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to Wells Fargo Bank, NA as trustee for Freddie Mac Securities REMIC Trust 2005-S001 all beneficial interest under that certain Deed of Trust dated 05-09-2005, executed by MARY E HARSHBERGER, AN UNMARRIED WOMAN, as Trustor; to CALIFORNIA RECONVEYANCE COMPANY as Trustee; and Recorded 05-12-2005, Book , Page , Instrument 2005-0403332 of official records in the Office of the County Recorder of SAN DIEGO County, California. **APN:** 485-421-05 **Situs:** 5860 NAGEL STREET, , LA MESA, CA 91942

TOGETHER with the note or notes therein described and secured thereby, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said Deed of Trust including the right to have reconveyed, in whole or in part, the real property described therein.

DATE: February 26, 2010

JPMorgan Chase Bank, National Association, successor in interest to WASHINGTON MUTUAL BANK, FA

Deborah Brignac, Vice President

Exhibit B

FA_MERGE.DOC

1

Trustee Sale No. 740365CA Loan No. 0692703721 Title Order No. 100131647-CA-MAI

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

**1461**

On February 26, 2010 before me, FRED RESTREPO, "Notary Public", personally appeared Deborah Brignac, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Fred Restrepo_                    (Seal)

> FRED RESTREPO
> Commission # 1848173
> Notary Public - California
> Los Angeles County
> My Comm. Expires May 8, 2013

Exhibit B

FA_MERGE.DOC

2

Deborah Brignac notarized "signature" from Harshberger Assignment of Deed of Trust

Deborah Brigna "signature" inverted from Harshberger Notice of Trustee's Sale

Deborah Brignac "signature" from Harshberger Notice of Trustee's Sale

Deborah Brignac inverted "signature" from Harshberger Assignment of Deed of Trust

Exhibit C

JPMorgan Chase Bank, National Association, successor in interest to WASHINGTON MUTUAL BANK, FA

*(SD Doc# 2010 - 0098506)*

*(Notarized by Fred Restrepo)*

Deborah Brignac, Vice President

---

② DATE: 06-02-2010

CALIFORNIA RECONVEYANCE COMPANY, as Trustee
(714) 259-7850 or www.fidelityasap.com
(714) 573-1965 or www.priorityposting.com

**SEE ATTACHED EXHIBIT** **3731**

*(Notice of Trustee's Sale - Mary Ellen Harshberger*

*(SD Doc# 2010-0278008 June 03, 2010)*

DEBORAH BRIGNAC, VICE PRESIDENT
9200 OAKDALE AVE
MAILSTOP N110812
CHATSWORTH, CA 91311

| CALIFORNIA RECONVEYANCE COMPANY IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. |
| --- |

---

③ *Deborah Brignac* *(FROM mailed Notice of Trustee's Sale - Harshberger)*

**CALIFORNIA RECONVEYANCE COMPANY IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

---

④ DATE: 04-08-2010

CALIFORNIA RECONVEYANCE COMPANY, as Trustee
(714) 259-7850 or www.fidelityasap.com
(714) 573-1965 or www.priorityposting.com

**SEE ATTACHED EXHIBIT** *(MIKE Maunu)*

*(Notice of Trustee's sale)*

*(Monterey Doc# 2010-019675   4/08/2010)*

DEBORAH BRIGNAC, VICE PRESIDENT
9200 OAKDALE AVE
MAILSTOP N110812
CHATSWORTH, CA 91311

| CALIFORNIA RECONVEYANCE COMPANY IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. |
| --- |

---

⑤ DATE: 04-23-2010

CALIFORNIA RECONVEYANCE COMPANY, as Trustee
(714) 259-7850 or www.fidelityasap.com
(714) 573-1965 or www.priorityposting.com

**SEE ATTACHED EXHIBIT** *(Sean Park)*

*(Notice of Trustee's Sale)*

*(SD County Doc# 2010-0201815   APR 23, 2010)*

DEBORAH BRIGNAC, VICE PRESIDENT /S.S.
9200 OAKDALE AVE
MAILSTOP N110812
CHATSWORTH, CA 91311

*2293*

| CALIFORNIA RECONVEYANCE COMPANY IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. |
| --- |

---

⑥ Date: July 17, 2009   *(Unknown Document)*   *(Gus)*

JPMorgan Chase Bank, National Association, successor in interest to WASHINGTON MUTUAL BANK, FA

*(Notarized by Carla Dodd of CRC)*

*Exhibit D*

Deborah Brignac, Vice President

⑦ DATE: January 22, 2010 *(Sub. of Trustee - Fredericks (Masegam R.)*
Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2004-3 by JPMorgan Chase Bank, National Association, as attorney-in-fact *( SD Doc# 2010 - 0035862)*

*(Notarized by Cindy Waterhouse)*

_____
Deborah Brignac, Vice President

---

⑧ DATE: September 01, 2009 *(Assign of Deed of Trust - Margaret Carswell )*

JPMorgan Chase Bank, National Association, successor in interest to WASHINGTON MUTUAL BANK, FA *(Santa Barbara Doc# 2009 - 0053988)*

*(unknow Notary Public)*

_____
Deborah Brignac, Vice President

---

⑨ DATE: January 05, 2010 *(Assign. of Deed of Trust - Douglas C. Rhoads)*

JPMorgan Chase Bank, National Association, successor in interest to WASHINGTON MUTUAL BANK, FA

*(unknow document #)*
*(Notarized by Fred Restrepo of CRC)*

_____
Deborah Brignac, Vice President

---

⑩ DATE: April 09, 2009 *(Assign of Deed of trust - Robert F. Castellucio)*

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. *(UNKNOWN Doc # in ARIZ)*

*(Notarized by Isacc Pacheco)*

_____
Deborah Brignac, Vice President

---

⑪ Date: 09-28-2010

*(unknown document)* *(Gus)*

CALIFORNIA RECONVEYANCE COMPANY, as Trustee

*(Notarized by Fred Restrepo of CRC)*

_____
Deborah Brignac, Vice President

*Exhibit D*

(12)

*(NOTICE OF TRUSTEE SALE)* *(Rena Farrington)*
*(UNKNOWN COUNTY & DOC #)*

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. The property heretofore described is being sold "as is"

*(Medera County Doc # 2010-028705  9/27/2010)*

In compliance with California Civil Code 2923 5(c) the mortgagee, trustee, beneficiary, or authorized agent declares. that it has contacted the borrower(s) to assess their financial situation and to explore options to avoid foreclosure, or that it has made efforts to contact the borrower(s) to assess their financial situation and to explore options to avoid foreclosure by one of the following methods. by telephone, by United States mail, either 1st class or certified, by overnight delivery, by personal delivery, by e-mail, by face to face meeting

DATE. 09-23-2010                    **SEE ATTACHED EXHIBIT**

CALIFORNIA RECONVEYANCE COMPANY, as Trustee
(714) 259-7850 or www.fidelityasap.com
(714) 573-1965 or www.priorityposting.com

DEBORAH BRIGNAC, VICE PRESIDENT
9200 OAKDALE AVE
MAILSTOP N110612
CHATSWORTH, CA 91311

> CALIFORNIA RECONVEYANCE COMPANY IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

---

(13)
*(Rena Farrington)*

*(NOTICE OF TRUSTEE SALE)*
*(UNKNOWN COUNTY & DOC #)*        APN Number:  057-24-0-067

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. The property heretofore described is being sold "as is"

*(Madera County Doc # 2009-029639  9/08/2009)*

In compliance with California Civil Code 2923.5(c) the mortgagee, trustee, beneficiary, or authorized agent declares: that it has contacted the borrower(s) to assess their financial situation and to explore options to avoid foreclosure; or that it has made efforts to contact the borrower(s) to assess their financial situation and to explore options to avoid foreclosure by one of the following methods: by telephone; by United States mail; either 1st class or certified; by overnight delivery; by personal delivery; by e-mail; by face to face meeting.

DATE: 09-03-2009                    **SEE ATTACHED EXHIBIT**

CALIFORNIA RECONVEYANCE COMPANY, as Trustee
(714) 259-7850 or www.fidelityasap.com
(714) 573-1965 or www.priorityposting.com

DEBORAH BRIGNAC, VICE PRESIDENT
9200 OAKDALE AVE
MAILSTOP N110612
CHATSWORTH, CA 91311

> CALIFORNIA RECONVEYANCE COMPANY IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

---

(14)

DATE: 07-03-2009             **SEE ATTACHED EXHIBIT**  *(Teri Ha Nguyen)*
*(NOTICE OF TRUSTEE'S SALE)*

CALIFORNIA RECONVEYANCE COMPANY, as Trustee     *(Santa Clara Doc # 2009-20343446)*
(714) 259-7850 or www.fidelityasap.com
(714) 573-1965 or www.priorityposting.com

Deborah Brignac (ap)

DEBORAH BRIGNAC, VICE PRESIDENT
9200 OAKDALE AVE                    Exh. 6 # D
MAILSTOP N110612
CHATSWORTH, CA 91311

> CALIFORNIA RECONVEYANCE COMPANY IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

(15) *(Notice of Trustee's sale)* *(Carmichael)*
Case 3:10-cv-02620-LAB-NLS   Document 5   Filed 12/27/10   Page 23 of 25
*(SD County Doc # 2010-0168643)*
*(Recorded APR 06, 2010)* 3930

In compliance with California Civil Code 2923.5(c) the mortgagee, trustee, beneficiary, or authorized agent declares: that it has contacted the borrower(s) to assess their financial situation and to explore options to avoid foreclosure; or that it has made efforts to contact the borrower(s) to assess their financial situation and to explore options to avoid foreclosure by one of the following methods: by telephone; by United States mail; either 1st class or certified; by overnight delivery; by personal delivery; by e-mail; by face to face meeting.

DATE: 04-05-2010                          **SEE ATTACHED EXHIBIT**

CALIFORNIA RECONVEYANCE COMPANY, as Trustee
(714) 259-7850 or www.fidelityasap.com
(714) 573-1985 or www.priorityposting.com

DEBORAH BRIGNAC, VICE PRESIDENT
9200 OAKDALE AVE
MAILSTOP N110612
CHATSWORTH, CA 91311

> CALIFORNIA RECONVEYANCE COMPANY IS A DEBT
> COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY
> INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

---

(16) DATE: April 30, 2009   *(Assignment of Deed of Trust)* *(Kroplick)*
*(Los Angeles County)*

JPMorgan Chase Bank, National Association, successor in interest to WASHINGTON MUTUAL BANK, FA

Deborah Brignac, Vice President    *(Unknown Notary Public)*

05/01/2009
*20090642997*

---

(17) DATE: 06-03-2009                *(Kroplick)*
                          **SEE ATTACHED EXHIBIT**
CALIFORNIA RECONVEYANCE COMPANY, as Trustee    *(Notice of Trustee's sale)*
(714) 259-7850 or www.fidelityasap.com    *(Los Angeles County - unknown Doc#)*
(714) 573-1985 or www.priorityposting.com

DEBORAH BRIGNAC, VICE PRESIDENT
9200 OAKDALE AVE
MAILSTOP N110612
CHATSWORTH, CA 91311

> CALIFORNIA RECONVEYANCE COMPANY IS A DEBT
> COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY
> INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

*Exhibit D*

F8
32P
ICC

**DOC # 2010-0611047**

Notice of Rescission by Equity Owner
Pages:
Recording requested by:
When recorded mail to:

**NOV 09, 2010      3:16 PM**

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
DAVID L. BUTLER, COUNTY RECORDER
FEES:        178.00

**Mary Ellen Harshberger**
**5860 Nagel Street**
**La Mesa , California  91942**

**PAGES:        33**

**Forward Tax statements to the address given ab**

Space above this line reserved for recorder's use

## Notice of Rescission by Equity Owner

Mary Ellen Harshberger,  owner of real property commonly known as 5860 Nagel Street,
La Mesa, California, 91942, APN # 485-421-05;
Hereby records the rescission of instrument #20100328626, THE TRUSTEE'S DEED
UPON SALE recorded on June 30, 2010 by Washington Mutual Bank, as supported by the
following attached documents;

 *equity purchaser*

1. **Exhibit A : Legal Description of Property**
2. **Exhibit B : Deed of Trust, instrument  # 2005-0403331 recorded on 5/12/05**
3. **Exhibit C : Invalid and Defective Assignment of Deed of Trust, signed by Deborah Brignac, unauthorized party, as vice president of J.P. Morgan Chase, was recorded on 3/01/2010  on behalf of  California Reconveyance Company,  (expert  evaluation indicates notary fraud)**
4. **Exhibit D : Trustee's Deed Upon Sale – instrument # 2010-0328626 dated 6/30/2010**
5. **Exhibit E :  Notice of Default Under Deed – recorded on 3/01/2010,  by unauthorized party, California Reconveyance Company, includes fraudulent Declaration of Compliance, (expert  evaluation  indicates perjury)**
6. **Exhibit F : Equity Owner's Notice of Non-Compliance with California Civil Code 2923.5**
7. **Exhibit G : Declaration of Broken Chain of Title by Charles J. Koppa**
8. **Exhibit H : Demand to Reconvey Title served by mail on 11/9/10**

Legal Basis for Rescission: *Pursuant to California Civil Code 1695.13 "It is unlawful for any person to initiate, enter into, negotiate, or consummate any transaction involving residential real property in foreclosure, as defined in Section 1695.1, if such person, by the terms of such transaction, takes unconscionable advantage of the property owner in foreclosure."*  Pursuant to California Civil Code 1695.14 (a)*In any transaction involving residential real property in foreclosure, as defined in Section 1695.1, which is in violation of Section 1695.13 is voidable and the transaction may be rescinded by the property owner within two years of the recordation., of the conveyance of the residential real property as in foreclosure. On 6/30/2010; an illegal, and invalid, Trustee's Deed Upon Sale document # 2010-0328626, was fraudulently misrepresented by Washington Bank; Loss falls on the one who made Wrongdoer's Act , in Violation of CA. Civil Code 251.60  and 3543, where one of two innocent persons must suffer by the act of a third.*

**Recorded by Equity Owner**  _____  date 11/8/2010

Mary Ellen Harshberger
✗ See Com # 1820908

Exhibit E

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of _San Diego_

On _11-09-10_ before me, _D. Luna, Notary Public_ ,
<span style="font-size:smaller">(Here insert name and title of the officer)</span>

personally appeared _Mary Ellen Harshberger_ ,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

(Notary Seal)

```
P. LUNA
Commission # 1820908
Notary Public - California
San Diego County
My Comm. Expires Oct 31, 2012
```

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

_Notice of Rescission by_
(Title or description of attached document)

_Equity Owner_
(Title or description of attached document continued)

Number of Pages ___1___  Document Date _4/8/10_

_____
(Additional information)

### CAPACITY CLAIMED BY THE SIGNER
- ☑ Individual (s)
- ☐ Corporate Officer

_____
(Title)

- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other

### INSTRUCTIONS FOR COMPLETING THIS FORM
*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
    - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
    - ❖ Indicate title or type of attached document, number of pages and date.
    - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document

2008 Version CAPA v12.10.07 800-873-9865  www.NotaryClasses.com

_Exhibit E_